**No. P69/98.**—Novelty Import Co., Inc. *v.* United States, protests 60/12463, etc. (New York).

**No. P69/99.**—Novelty Import Co., Inc. *v.* United States, protests 60/18872, etc. (New York).

**No. P69/100.**—F. W. Woolworth Co. *v.* United States, protests 62/18481, etc. (San Francisco).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of chenille animals similar in all material respects to those the subject of *Novelty Import Co., Inc.* v. *United States* (60 Cust. Ct. 574, C.D. 3462), the claim of the plaintiffs was sustained.